UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61438-CIV-SINGHAL

ALEJANDRO FIGUEROA VALDIVIA,

     Petitioner,

vs.

GARRETT J. RIPA, *et al.*,

     Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Status Report (the "**Report**"), which advises the Court that Petitioner's removal proceedings were administratively terminated.  (DE [8]).  The Court understands Petitioner's Petition for Writ of Habeas Corpus (DE [1] (the "**Petition**")) is consequently moot to the extent he sought immediate release from detention but not moot to the extent he seeks attorney fees and costs under the Equal Access to Justice Act (the "**EAJA**").  *Id.* at 9–10.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED** that:

1. The Petition (DE [1]) is **DENIED AS MOOT** to the extent Petitioner seeks release from detention;

2. This case is **CLOSED** for administrative purposes only, all hearings and deadlines are **CANCELLED**, and any pending motions are **DENIED AS MOOT**;

3. If termination of Petitioner's removal proceedings does not moot the Petition, Petitioner may move for reconsideration of this Order by **July 13, 2026**;

4. Petitioner may move for attorney fees and costs under the EAJA by **July 13, 2026**.

     **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of June 2026

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE